```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  HENRY Z. CARBAJAL III
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6  United States of America
```



**FILED**

APR 2 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF:<br><br>32 SANTA FE AVENUE,<br>EMPIRE, CALIFORNIA,<br><br>2004 GMC TRUCK, WHITE IN COLOR, CALIFORNIA LICENSE PLATE NUMBER 5JZL476,<br><br>1993 NISSAN TRUCK, WHITE IN COLOR, CALIFORNIA LICENSE PLATE NUMBER 4Y24060. | S.W. NOS. 1: 11-SW-00176-SMS<br>1: 11-SW-00177-SMS<br>1: 11-SW-00179-SMS<br><br>MOTION TO UNSEAL DOCUMENTS |
|---|---|

The United States of America hereby applies to this Court for an order unsealing the filings in the above-captioned case numbers, including the search warrants, search warrant applications and affidavits previously sealed by the Court on or about August 16, 2011. As the subject of the search has been charged and pleaded guilty in Case No. 12-cr-00422 AWI-BAM, the government submits that the search warrant materials no longer need to remain sealed.

1

Accordingly, the United States requests that the filings in the above-captioned case numbers be unsealed and made public record.

Date: April 2, 2013

                                BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ HZC

                                HENRY Z. CARBAJAL III
                                Assistant U.S. Attorney